# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cr-00360-JCM-VCF |
| vs. | **ORDER** |
| ROBERT PEREZ, | [Defendant's Demand for Production. (#38).] |
| Defendant. | |

Before the Court is Defendant's Demand for Production. (#38).

**A. Background**

Defendant made his initial appearance on September 14, 2012 and Federal Public Defender, Elisa Vasquez, Esq., was appointed as counsel of record. (#4). Government moved for detention and Defendant was remanded to custody. *Id.* On September 24, 2012, Assistant Federal Public Defender, Rebecca A. Rosenstein, Esq., filed a Notice of Appearance as counsel for Defendant. (#15). Defendant appeared before the court on October 5, 2012, for his arraignment and plea and Defendant pleaded not guilty to Counts 1 and 2. (#25). Jury trial was scheduled for December 3, 2012. *Id.* The jury trial was continued to March 11, 2013. (#28). On February 6, 2013, jury trial was continued to June 17, 2013. (#33).

**B. Motion**

Defendant Perez filed the instant motion on his own behalf. (#38). He is demanding production of the Grand Jury Foreperson's wet ink signature on the Grand Jury Indictment. *Id.*

**C. Discussion**

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." As Ms. Rosenstein is Defendant's counsel of record (#15) and has not filed a motion to withdraw as counsel, Defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a). The motion filed by Defendant as stated above are deemed improper and stricken.

Accordingly,

IT IS ORDERED that Defendant's Demand for Production (#38) is hereby STRICKEN.

DATED this 21st day of May, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE